# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DOREL JENKINS,                              :   No. 55 EM 2022
                                           :
                Petitioner                  :
                                           :
                                           :
        v.                                  :
                                           :
                                           :
COMMONWEALTH OF PENNSYLVANIA,               :
PENNSYLVANIA DEPARTMENT OF                  :
CORRECTIONS, MR. MORRIS HOUSER,             :
SUPERINTENDENT SCI-BENNER                   :
TOWNSHIP,                                   :
                                           :
                Respondents                 :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 30th day of November, 2022, the "King's Bench Petition Pursuant to 42 Pa.C.S. 726" is DENIED.